United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 21, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-30732
Summary Calendar

TIFFANY L. WILLIAMS,

Plaintiff-Appellant,

versus

LINCOLN HEALTH SYSTEMS INC.,
doing business as Lincoln General Hospital,

Defendant-Appellee.

Appeal from the United States District Court for
the Western District of Louisiana, Monroe
(USDC No. 3:04-CV-607)

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given in that court's

ruling of April 14, 2005.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.